FEBRUARY 13, 1962

**No. 66466.**—Sol Tool Company *v.* United States, protests 59/16641, etc. Protests abandoned January 10, 1962. (Not published.) (Initial No. 58/7519.) Plaintiff's application for rehearing granted.

**No. 66467.**—United Mineral & Chemical Corp. *v.* United States, protest 61/1454. Protest abandoned January 18, 1962. (Not published.) (Initial No. 283338–K.) Plaintiff's application for rehearing granted.

BEFORE THE FIRST DIVISION, FEBRUARY 19, 1962

**No. 66468.**—Novelty Import Co., Inc., et al. *v.* United States, protests 61/10469, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of plastic back scratchers the same in all material respects as those the subject of *Ignaz Strauss & Co., Inc., et al.* v. *United States* (45 Cust. Ct. 161, C.D. 2218), the claim of the plaintiffs was sustained.

**No. 66469.**—S. Berger Co. et al. *v.* United States, protests 60/5329, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of glass balls similar in all material respects to those the subject of *Joseph Markovits, Inc.* v. *United States* (45 Cust. Ct. 151, C.D. 2216), the claim of the plaintiffs was sustained.